UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

HOAN PHAM,

    Plaintiff,

    v.

REDLINE RECOVERY SERVICES, LLC, et al,

    Defendants.

No. C 13-1843 HRL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    November 21, 2013
Mediator:  Joel Franciosa

IT IS HEREBY ORDERED that the request to excuse defendant Redline Recovery Services, LLC.'s client representative from appearing in person at the November 21, 2013 mediation session before Joel Franciosa is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

November 13, 2013    By: _____
Dated                                Maria-Elena James
                                        United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**