UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| HOAN PHAM,<br>        Plaintiff,<br>    v.<br>REDLINE RECOVERY SERVICES, LLC, et al,<br>        Defendants. | No. C 13-1843 HRL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     November 21, 2013<br>Mediator:  Joel Franciosa |

IT IS HEREBY ORDERED that the request to excuse defendant Redline Recovery Services, LLC.'s client representative from appearing in person at the November 21, 2013 mediation session before Joel Franciosa is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

November 13, 2013        By: _____
Dated                                         Maria-Elena James
                                                          United States Magistrate Judge