*E-Filed: January 13, 2013*

KYRA A. KAZANTZIS (#154612)
ANNETTE D. KIRKHAM (#217958)
NADIA AZIZ (#252966)
KATHERINE M. LEHE (#273472)
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 N. Third St, Third Floor
San Jose, CA 95112
Phone: 408.280.0106
Fax: 408.293.0106

Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone:   (408) 288-7030
Fax:     (408) 288-3581

Attorneys for Plaintiff, Hoan Pham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| HOAN PHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> REDLINE RECOVERY SERVICES, LLC *et al*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C13-01843 HRL <br><br> STIPULATION TO MODIFY CASE MANAGEMENT ORDER AS TO FACT DISCOVERY CUTOFF; ORDER |

WHEREAS on July 31, 2013, this court issued a Case Management Order providing for a fact discovery cut-off date of January 28, 2014;

WHEREAS the parties have a mediation scheduled for January 7, 2014;

WHEREAS the parties wish to go forward with the mediation prior to conducting any further discovery;

WHEREAS the parties are desirous of changing the fact discovery cutoff date to March 18, 2014; and,

WHEREAS good cause exists to enter an order modifying the fact discovery cutoff date in that it will not effect any other date in the current Case Management Order, including the date of the Pretrial Conference

IT IS HEREBY STIPULATED by and between all parties to this action through their respective counsel that the fact discovery cutoff date should be reset to March 18, 2014.

Dated: December 19, 2014            ALEXANDER COMMUNITY LAW CENTER

__Scott Maurer /s/_____
Scott Maurer (smaurer@scu.edu)
Attorney for Plaintiff HOAN PHAM

Dated: _____            GOODMAN NEUMAN HAMILTON LLP

_James F. Hetherington /s/_____
James F. Hetherington (jhetherington@gnhllp.com)
Attorney for Defendant REDLINE RECOVERY SERVICES, LLC

Dated:_____            KEESAL, YOUNG & LOGAN, P.C.

_Jessica Luhrs /s/_____
Philip McLeod (philip.mcleod@kyl.com)
Jessica Luhrs (jessica.luhrs@kyl.com)
Attorneys for Defendant JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE LLC

KYRA A. KAZANTZIS (#154612)
ANNETTE D. KIRKHAM (#217958)
NADIA AZIZ (#252966)
KATHERINE M. LEHE (#273472)
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 N. Third St, Third Floor
San Jose, CA 95112
Phone: 408.280.0106
Fax: 408.293.0106

Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone:   (408) 288-7030
Fax:     (408) 288-3581

Attorneys for Plaintiff, Hoan Pham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| HOAN PHAM, | Case No. C13-01843 HRL |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER AS TO FACT DISCOVERY CUTOFF |
| v. | |
| REDLINE RECOVERY SERVICES, LLC *et al*, | |
| Defendants. | |

//

[PROPOSED] ORDER MODIFYING DISCOVERY CUTOFF DATE          Case No. C13-01843 HRL

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Case Managment Order issued July 31, 2013 should be and hereby is modified to reflect a Fact Discovery Cutoff date of March 18, 2014.

SO ORDERED.

January 13, 2014
~~December ___, 2013~~

_____
The Honorable Judge Howard R. Lloyd