*E-Filed: February 11, 2014*

PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
JESSICA LUHRS, CASB No. 284846
jessica.luhrs@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOAN PHAM,<br><br>                          Plaintiff,<br><br>          vs.<br><br>REDLINE RECOVERY SERVICES, LLC;<br>JP MORGAN CHASE BANK, N.A.; and<br>CHASE HOME FINANCE, LLC,<br><br>                          Defendants. | Case No. CV 13-01843 HRL<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT ORDER AS TO EXPERT DISCOVERY CUTOFF; [~~PROPOSED~~] ORDER** |

Plaintiff HOAN PHAM ("Plaintiff") and Defendants JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE, LLC ("Chase") and REDLINE RECOVERY SERVICES, LLC ("Redline") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 31, 2013, this court issued a Case Management Order providing for an expert discovery cut-off date of March 18, 2014, with designation of experts with reports due on February 11, 2014, and designation of rebuttal experts with reports due on March 4, 2014;

1  WHEREAS, the parties are currently engaged in settlement discussions, and wish to extend the expert witness-related deadlines in order to continue to facilitate those discussions;

WHEREAS, the parties are desirous of changing the deadlines for the designation of experts with reports to March 18, 2014, the designation of rebuttal experts with reports to April 8, 2014, and the expert discovery cut-off date to April 22, 2014;

WHEREAS, good cause exists to enter an order modifying the expert discovery cut-off date in that it will not affect any other date in the current Case Management Order, including the date of the Pretrial Conference;

IT IS HEREBY STIPULATED by and between all parties to this action through their respective counsel that the discovery cut-off date should be reset to April 22, 2014, with the deadline for the designation of experts with reports reset to March 18, 2014, and the deadline for the designation of rebuttal experts with reports reset to April 8, 2014.

DATED: February 11, 2014              */s/ Jessica Luhrs*_____
                                      PHILIP A. MCLEOD
                                      JESSICA LUHRS
                                      KEESAL, YOUNG & LOGAN
                                      Attorneys for Defendant JPMORGAN CHASE
                                      BANK, N.A., successor by merger to
                                      CHASE HOME FINANCE, LLC


DATED: February 11, 2014              */s/ James F. Hetherington*_____
                                      JAMES F. HETHERINGTON
                                      GOODMAN NEUMAN HAMILTON LLP
                                      Attorney for Defendant REDLINE RECOVERY
                                      SERVICES, LLC


//

1 | DATED:  February 11, 2014                    */s/ Annette D. Kirkham*_____
2 |                                                                          ANNETTE D. KIRKHAM
  |                                                                          FAIR HOUSING LAW PROJECT
3 |                                                                          LAW FOUNDATION OF SILICON VALLEY
  |                                                                          Attorney for Plaintiff HOAN PHAM
4
5
6 | *Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Jessica Luhrs hereby attests that concurrence in the filing of this document has been obtained.*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2                              [~~PROPOSED~~] ORDER
3          PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED
4  THAT the Case Management Order issued July 31, 2013 should be and hereby is modified to reflect a
5  Exert Witness Discovery Cutoff date of April 22, 2014.
6  IT IS SO ORDERED.
7
8  Dated: February 11, 2014
   _____
                                  Magistrate
9                                 The Honorable Judge Howard R. Lloyd

- 4 -                                                                    KYL_SF628757
STIPULATION TO MODIFY CASE MANAGEMENT ORDER AS TO EXPERT DISCOVERY
CUTOFF; [~~PROPOSED~~] ORDER - Case No. CV 13-01843 HRL