*E-Filed: February 25, 2014*

1  PHILIP A. MCLEOD, CASB No. 101101
   philip.mcleod@kyl.com
2  JESSICA LUHRS, CASB No. 284846
   jessica.luhrs@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California  94133
5  Telephone:     (415) 398-6000
   Facsimile:     (415) 981-0136
6
   Attorneys for Defendant JPMORGAN CHASE BANK, N.A., successor by merger to
7  CHASE HOME FINANCE, LLC

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| HOAN PHAM, | ) Case No. CV 13-01843 HRL |
| Plaintiff, | ) **STIPULATION TO MODIFY CASE MANAGEMENT ORDER AS TO FACT DISCOVERY CUTOFF; [PROPOSED] ORDER** |
| vs. | |
| REDLINE RECOVERY SERVICES, LLC; JP MORGAN CHASE BANK, N.A.; and CHASE HOME FINANCE, LLC, | |
| Defendants. | |

       Plaintiff HOAN PHAM ("Plaintiff") and Defendants JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE, LLC ("Chase") and REDLINE RECOVERY SERVICES, LLC ("Redline") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

       WHEREAS, on July 31, 2013, this court issued a Case Management Order providing for a fact discovery cut-off date of January 28, 2014;

       WHEREAS, the Parties stipulated to extend the fact discovery cut-off date to March 18, 2014, and the Court issued an Order on that stipulation on January 13, 2014;

1    WHEREAS, the Parties are currently engaged in settlement discussions, and wish to extend the

2    fact discovery cut-off date  in order to continue to facilitate those discussions;

3    WHEREAS, the Parties are desirous of changing the fact discovery cut-off date to April 1,

4/5  2014, with the deadline to respond to written discovery extended to March 17, 2014, and all

6    depositions to be held no earlier than the week of March 17, 2014;

7    WHEREAS, good cause exists to enter an order modifying the fact discovery cut-off date in

8    that it will not affect any other date in the current Case Management Order, including the date of the

9    Pretrial Conference;

10   IT IS HEREBY STIPULATED by and between all Parties to this action through their

11/12 respective counsel that the fact discovery cut-off date should be reset to April 1, 2014, with the

13   deadline to respond to written discovery extended to March 17, 2014, and all depositions to be held no

14   earlier than the week of March 17, 2014.

15

16   DATED:  February 24, 2014                    /s/ Jessica Luhrs_____
17                                                PHILIP A. MCLEOD
                                                  JESSICA LUHRS
18                                                KEESAL, YOUNG & LOGAN
                                                  Attorneys for Defendant JPMORGAN CHASE
19                                                BANK, N.A., successor by merger to
                                                  CHASE HOME FINANCE, LLC
20

21
22   DATED:  February 24, 2014                    /s/ James F. Hetherington_____
                                                  JAMES F. HETHERINGTON
23                                                GOODMAN NEUMAN HAMILTON LLP
                                                  Attorney for Defendant REDLINE RECOVERY
24                                                SERVICES, LLC

25

26       //

Case 5:13-cv-01843-HRL   Document 31   Filed 02/25/14   Page 3 of 4

1 | DATED: February 24, 2014     */s/ Annette D. Kirkham*_____

ANNETTE D. KIRKHAM
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
Attorney for Plaintiff HOAN PHAM

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Jessica Luhrs hereby attests that concurrence in the filing of this document has been obtained.*

- 3 -   KYL_SF630399
STIPULATION TO MODIFY CASE MANAGEMENT ORDER AS TO FACT DISCOVERY CUTOFF; [PROPOSED] ORDER - Case No. CV 13-01843 HRL

[~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the Case Management Order issued July 31, 2013 should be and hereby is modified to reflect a Fact Discovery Cutoff date of April 1, 2014.

IT IS SO ORDERED.

Dated: February 25, 2014

_____
Magistrate
The Honorable Judge Howard R. Lloyd