**E-Filed: March 6, 2014**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOAN PHAM, | No. C13-01843 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| REDLINE RECOVERY SERVICES, LLC, ET AL.. | |
| Defendants. | |

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **April 1, 2014, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **March 25, 2014**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED**.

Dated: March 6, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-01843 HRL Order will be electronically mailed to:**

Annette D. Kirkham     annettek@lawfoundation.org, teresam@lawfoundation.org

James Forrest Hetherington     jhetherington@gnhllp.com, nsands@gnhllp.com

Jessica Marie Luhrs     jessica.luhrs@kyl.com, denise.brasher@kyl.com

Katherine M Lehe     katherine.lehe@lawfoundation.org

Kyra Ann Kazantzis     kyrak@lawfoundation.org

Nadia Aziz     nadia.aziz@lawfoundation.org

Philip Alan McLeod     philip.mcleod@kyl.com, maricel.schilt@kyl.com

Scott C. Maurer     smaurer@scu.edu

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**